**Order entered November 25, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00954-CV

## ABDUL MATEEN MODI, Appellant

## V.

## AFSHEEN IMRAN, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-03597-2019**

## ORDER

Before the Court is the November 24, 2020 request of Collin County Clerk Stacey Kemp for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **January 6, 2021**.

/s/    ERIN A. NOWELL
        JUSTICE